**92–599.** State v. Holloway. *Hamilton County*, No. C–900805. Reported at 64 Ohio St.3d 1417, 593 N.E.2d 7. On motion for rehearing. Rehearing denied.

**92–612.** Wolf v. Metro. Life Ins. Co. *Hamilton County*, No. C–910081. Reported at 64 Ohio St.3d 1413, 593 N.E.2d 4. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

**92–623.** Clark v. Sed. *Portage County*, No. 91–P–2314. Reported at 64 Ohio St.3d 1417, 593 N.E.2d 7. On motion for rehearing. Rehearing denied.

**92–655.** Bullock v. Beacon Ins. Co. of Am. *Allen County*, No. 1–91–69. Reported at 64 Ohio St.3d 1417, 593 N.E.2d 7. On motion for rehearing. Rehearing denied.

HOLMES and WRIGHT, JJ., dissent.

**92–692.** Brown v. Invacare Corp. *Richland County*, No. CA–2858. Reported at 64 Ohio St.3d 1418, 593 N.E.2d 7. On motion for rehearing. Rehearing denied.

DOUGLAS and H. BROWN, JJ., dissent.

## DISCIPLINARY DOCKET

**91–2201.** Columbus Bar Assn. v. Downey. On request for extension of time to pay board costs. Request denied.

RESNICK, J., dissents.

On request for waiver of CLE requirements. Request denied.

**91–2500.** Disciplinary Counsel v. Oglesby. On request for extension of time to pay costs. Request granted.

**92–416.** Cincinnati Bar Assn. v. Muldrow. On request to amend court's order. Request granted.

DOUGLAS, J., would also find Norris Muldrow in contempt.

**92–458.** Cincinnati Bar Assn. v. Poston. On request for extension of time to pay costs. Request granted; $100 per month installment payment established.

MOYER, C.J., would order a $200 per month installment payment.